UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
__Tyler__ DIVISION


FILED
NOV 25 2016
Clerk, U.S. District Court
Texas Eastern

__Hobert Stanley Miller__

Case Number: __6:16-CV-1331 RWS__

**Name of Plaintiff(s)**

vs

__Access MHMR__

**Name of Defendant(s)**

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2. Plaintiff, __Hobert Stanley Miller__, is a citizen of the United States
   (name of plaintiff)

   and resides at __4122 Southpark Dr.__, __Tyler__,
                   (street address)              (city)

   __Smith__, __TX__, __75703__, __936-645-9939__
   (county)   (state)  (zip)      (telephone)

   Mailing Address: P.O. Box 9636
   Tyler, TX. 75711

3.. Defendant, _Access MHMR_ , resides at, or its business is
   (name of defendant)

   located at _1011 College Ave._ , _Jacksonville_ ,
   (street address)                                    (city)

   _Cherokee_ , _Texas_ , _75766_ , _903-586-0237_
   (county)    (state)    (zip)      (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant

   at _1011 College Ave._ , _Jacksonville_ ,
   (street address)                              (city)

   _Cherokee_ , _Texas_ , _75766_ .
   (county)    (state)    (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

   of the complaint on or about _May 9, 2015_ .
   (month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about _August 21, 2015_ .
   (month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on _August 31, 2016_ .
   (month day, year)

8. Because of plaintiff's (1) ✓ race, (2) ___ color, (3) ✓ sex,

   (4) ___ national origin, defendant:

   a. ___ failed to employ plaintiff.

   b. ___ terminated plaintiff's employment.

   c. ✓ failed to promote plaintiff.

   d. ___ Other _____

   _____

   _____

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

   Access MHMR treated the plaintiff in a desperate manner based on his sex and his race. The plaintiff was told by his supervisor at that time that "as long as he is a man and black he will not hold a higher position in the company. There were no African American males holding any type of management positions in the company. The plaintiff was denied a promotion which was given to a female of less experience and education despite the fact that the plaintiff holds a master degree and fourteen years experience in his field.

10. The acts set forth in paragraph 9 of this complaint:

    a. __✓__ are still being committed by defendant.

    b. _____ are no longer being committed by defendant.

    c. __✓__ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a. _____ Defendant be directed to employ plaintiff.

    b. _____ Defendant be directed to re-employ plaintiff.

    c. _____ Defendant be directed to promote plaintiff.

    d. __✓__ Defendant be directed to __Compensate__ and that the

Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.

_____
(Signature of Plaintiff)